# Exhibit 2

| Seek Thermal – Thermal Camera and Connected Smartphone (See Product List at end for models) ||
|---|---|
| **Infringement of the '413 patent** ||
| Claim 1 | Evidence |
| 1. A mobile communication device comprising a computational means and output means, | The Seek Thermal Compact Series thermal camera with connected smartphone is a mobile communication device that has a computational means and an output means.<br><br>For example, Seek Thermal promotes the connection of the Compact Series thermal camera to an Apple iPhone. The Compact Series thermal camera has an iOS (i.e. Apple operating system) variant. The Compact Series thermal camera also has an Android variant for connection to an Android smartphone.<br><br>Portable, lightweight, and easy-to-use<br><br>Compact — Available for iPhone® and Android™ — Buy Now<br>CompactXR — Available for iPhone® and Android™ — Buy Now<br>CompactPRO — Available for iPhone® and Android™ — Buy Now<br>CompactPRO XR — Available for Android™ — Buy Now<br><br>[1] |

1

> Powerful thermal imaging cameras designed for your smartphone.
>
> Made for iPhone® and Android™ top models, <u>Seek Compact transforms your smartphone or tablet into a professional thermal imaging tool</u>. By utilizing the power and convenience of your smartphone, our cameras make it easy to take thermal photos and video, share findings, and send for documentation. <u>Simply connect</u> and detect energy loss caused by air leaks, missing or damaged insulation, inefficient HVAC systems, electrical faults, and much more. On top of all this, Seek Compact cameras are engineered to run on low power from your smartphone and do not require batteries or charging.

[1]
Seek Thermal further provides a listing of makes and models of smartphones that are compatible with the Compact Series of thermal cameras. The list includes smartphone models made by Apple, Google, HTC, OnePlus, Motorola and Samsung.



[1]

2

| | |
|---|---|
| | **APPLE™ COMPATIBILITY**<br><br>- iPhone 12/ Mini / Pro / Pro Max<br>- iPhone 11/ Pro / Pro Max<br>- iPhone X series<br>- iPhone 8 / 8+<br>- iPhone 7 / 7+<br>- iPhone 6S / 6S+<br>- iPhone 5 / 5c / 5s<br>- iPhone SE 1st and 2nd Generation |
| [4] | |

3

| | |
|---|---|
| | **ANDROID™ COMPATIBILITY**<br><br>- Google Nexus 5<br>- Google Nexus 6<br>- Google Nexus 5x<br>- Google Nexus 6p<br>- Google Pixel 2<br>- Google Pixel 3<br>- Google Pixel 5<br>- HTC Desire 820<br>- HTC Desire EYE<br>- HTC One Mini 2<br>- HTC One A9<br>- HTC One M8<br>- HTC One M9<br>- Motorola Moto G<br>- Motorola Moto X<br>- OnePlus9 5G<br>- Samsung Galaxy Note 2 / 3 / 4 / Edge / 5 / 6 / 7 / 8 / 9 / 10<br>- Samsung Galaxy S3<br>- Samsung Galaxy S4<br>- Samsung Galaxy S5 (except some running 5.1.1*)<br>- Samsung Galaxy S6 / S6 Edge<br>- Samsung Galaxy S7 / S7 Edge<br>- Samsung Galaxy S8 / S8+<br>- Samsung Galaxy S9 / S9+<br>- Samsung Galaxy S10 / S10+<br>- Samsung Galaxy S20 / S20+<br>- Samsung Galaxy S21 5G / S21+<br><br>[4]<br>The Apple iPhone has a CPU as a computational means and a touchscreen display as an output means. For example, the Apple iPhone12 has Apple A14 Bionic CPU and an AM-OLED touchscreen display. |

4



[2]

[2]

5

| | | |
|---|---|---|
| | ❖ Display ⓘ ← | |
| | Display Notch ⓘ | 1-notch |
| | Display Diagonal ⓘ | 153.92 mm |
| | | 6.1 inch ⓘ |
| | Resolution ⓘ | 1170x2532 |
| | | 2962440 pixels ⓘ |
| | Display Width ⓘ | 64.56 mm |
| | | 2.54 inch ⓘ |
| | Display Height ⓘ | 139.72 mm |
| | | 5.5 inch ⓘ |
| | Horizontal Full Bezel Width ⓘ | 6.94 mm |
| | Display Area ⓘ | 9021.2 square millimeter |
| | Display Area Utilization ⓘ | 86.0% |
| | Pixel Size ⓘ | 0.05518 mm/pixel |
| | Pixel Density ⓘ | 460 PPI |
| | Display Type ⓘ | Color AM-OLED ⓘ display |
| | Display Subtype | Super Retina XDR ⓘ |

[2]
As an example Android smartphone, the Samsung smartphone has a CPU as a computational means and a touchscreen display as an output means. For example, the Samsung Galaxy S22+ smartphone has a Qualcomm Snapdragon CPU and an AM-OLED touchscreen display.

6

| | |
|---|---|
| **Brand** | Samsung |
| **Model** | SM-S906U Galaxy S22+ 5G UW Dual SIM TD-LTE US 128GB / SM-S906A |
| **Brief** | All your video calls, presentations and content edits look brilliantly bright and silky smooth |
| **Released** | 2022 Feb 26 |
| **Announced** | 2022 Feb 9 |
| **Hardware Designer** | Samsung Electronics |
| **Manufacturer** | Samsung Electronics |

[3]

### Application processor, Chipset:

| | |
|---|---|
| **CPU Clock** | 2995 MHz |
| **CPU** | Qualcomm Snapdragon 8 Gen 1 5G SM8450 (Taro), |

### Operative Memory:

| | |
|---|---|
| **RAM Type** | LPDDR5 SDRAM |
| | 3200 MHz |
| **RAM Capacity** | 8192 MiB RAM |

[3]

7

| | |
|---|---|
| | ❖ **Display** ⓘ ⬅<br><br>Display Hole ⓘ   1-hole<br>Display Diagonal ⓘ   166.5 mm<br>                          6.6 inch ⓘ<br>Resolution ⓘ   1080x2340<br>                    2527200 pixels ⓘ<br>Display Width ⓘ   69.77 mm<br>                         2.75 inch ⓘ<br>Display Height ⓘ   151.18 mm<br>                          5.95 inch ⓘ<br>Horizontal Full   6.03 mm<br>Bezel Width ⓘ<br>Display Area ⓘ   10548 square millimeter<br>Display Area     88.4%<br>Utilization ⓘ<br>Pixel Size ⓘ   0.0646 mm/pixel<br>Pixel Density ⓘ   393 PPI<br>Display Type ⓘ   <u>Color AM-OLED</u> ⓘ display<br>Display Subtype   Dynamic AM-OLED ⓘ<br>ⓘ<br>[4] |
| further comprising a module incorporating a non-contact temperature sensor for receiving from an external surface electromagnetic | The Seek Thermal Compact Series thermal camera with connected smartphone further includes a module incorporating a non-contact temperature sensor for receiving from an external surface electromagnetic radiation in the infrared spectral range.<br><br>For example, the Compact Series thermal camera includes a thermal sensor that is capable of sensing infrared electromagnetic radiation from an external |

8

| | |
|---|---|
| radiation in the infrared spectral range, | source in a non-contact manner, thereby being operational as a non-contact temperature sensor.<br>The Compact model thermal camera has a 206 x156 pixel thermal sensor and can measure temperatures from -40 to 330 degrees Celsius.<br><br>[5]<br>The Compact XR model thermal camera has a 206 x156 pixel thermal sensor and can measure temperatures from -40 to 330 degrees Celsius. |

9



[6]
The Compact Pro model thermal camera has a 320 x 240 pixel thermal sensor and can measure temperatures from -40 to 626 degrees Fahrenheit.

10



[7]
The Compact Pro XR model thermal camera has a 320 x 240 pixel thermal sensor and can measure temperatures from -40 to 626 degrees Fahrenheit.

| | |
|---|---|
| | <br>[8] |
| such non-contact temperature sensor generates a signal. | The non-contact temperature sensor of the Seek Thermal Compact Series thermal camera with connected smartphone generates a signal.<br><br>For example, the thermal sensor in the Compact Series thermal camera generates an IR image signal which can be displayed on the display of the smartphone, whereby an object's colour in the image is indicative of the object's temperature (e.g. hot objects appear orange or red and cooler objects appear blue or green. |

12



[1]



[1]



[1]

14



[1]

15

[1]

**Product List:**

Compact
Compact XR
Compact Pro
Compact Pro XR

**References:**

16

[1] Seek Thermal – Compact Series
https://www.thermal.com/compact-series.html

[2] PhoneDB – Apple iPhone12 Pro
https://phonedb.net/index.php?m=device&id=17763&c=apple_iphone_12_pro_uw_5g_a2341_dual_sim_td-lte_us_512gb__apple_iphone_13,3&d=detailed_specs

[3] PhoneDB – Samsung Galaxy S22+
https://phonedb.net/index.php?m=device&id=19767&c=samsung_sm-s906u_galaxy_s22plus_5g_uw_dual_sim_td-lte_us_128gb__sm-s906a__samsung_rainbow_g&d=detailed_specs

[4] Seek Thermal – Smartphone Compatibility List
https://support.thermal.com/hc/en-us/articles/204641029-Compact-Series-Phone-Compatibility?_gl=1*yczv1n*_ga*NzI0NDk4Mjc1LjE2ODA0ODI0MDI.*_ga_6DG3LR4G81*MTY4MDQ4MjQwMS4xLjAuMTY4MDQ4MjQwMi4wLjAuMA..

[5] Compact Datasheet
https://www.thermal.com/uploads/1/0/1/3/101388544/compact-sellsheet-usa_web.pdf

[6] Compact XR Datasheet
https://www.thermal.com/uploads/1/0/1/3/101388544/compactxr-sellsheet-usa_web.pdf

[7] Compact Pro Datasheet
https://www.thermal.com/uploads/1/0/1/3/101388544/compactpro-sellsheet-usav1.pdf

[8] Compact Pro XR Datasheet
https://www.thermal.com/uploads/1/0/1/3/101388544/compactpro-xr-sellsheet_web.pdf

17