# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**SEEK THERMAL, INC.,**<br><br>　　　　　　Defendant. | **C.A. NO. 23-498-MN**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff PATENT ARMORY INC. ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant SEEK THERMAL, INC. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement to July 14, 2023. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension. This is the first request for an extension of this nature.

Date: May 23, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Phillips, Jr.*
　　　　　　　　　　　　　　　　　　　　　John C. Phillips, Jr. (#110)
　　　　　　　　　　　　　　　　　　　　　Megan C. Haney (#5016)
　　　　　　　　　　　　　　　　　　　　　Phillips, McLaughlin & Hall, P.A.
　　　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　　　Wilmington DE, 19806
　　　　　　　　　　　　　　　　　　　　　(302) 655-4200

JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Patent Armory Inc.***

 

**SO ORDERED**, this _____ day of May 2023.

_____
**The Honorable Maryellen Noreika**
**United States District Court Judge**