# Exhibit 6

# Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Seek Thermal ("Defendant")

| Claim 20 | Evidence |
| --- | --- |
| 20. A method of processing requests, comprising: | The Seek Thermal customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>Search<br>SUBMIT A REQUEST<br>AttackPRO \| FirePRO 300 \| Seek Reveal Series<br>Seek Compact Series \| Seek Shot Series \| Seek Scan<br>Support Information<br><br>Source: https://support.thermal.com/hc/en-us<br><br>Great! We have tons of great support materials! Please visit our support site or you can call us at 1-844-SEE-HEAT (8am-4pm PST) for assistance. |

| | Source: https://www.thermal.com/<br><br>**Support Hours**<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>Source: https://support.thermal.com/hc/en-us/articles/203715235-Support-Hours<br><br>**Submit a Request**<br><br>2 years ago · Updated<br><br>To submit a request, click here and complete the form based on the type of support needed. If you have an RMA request, it is best to select 'Get Technical Support,' and if your request turns into an RMA Request, we will accommodate you accordingly and modify the ticket to an RMA.<br><br>If you would like to contact Sales, please visit our main website, thermal.com and click the Contact Sales button on the product page of interest.<br><br>Source:https://support.thermal.com/hc/en-us/articles/360013558899-Submit-a-Request |
|---|---|


English (US)
Submit a request
Seek thermal
Search
Seek Thermal Support > Submit a request
SUBMIT A REQUEST
Please choose your request below
-
Get Technical Support
Contact Our Sales Team
Send an Item in for Service or Repair
Source:https://support.thermal.com/hc/en-us/articles/360013558899-Submit-a-Request
Reach Decision Makers at Seek Thermal
Enter your work email...
Find them. It's free

| | |
|---|---|
| | Source: https://www.lusha.com/business/0226b51b37469bf9/ |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Seek Thermal customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, email and chatbots to determine the nature of the call.<br><br>Great! We have tons of great support materials! Please visit our support site or you can call us at 1-844-SEE-HEAT (8am-4pm PST) for assistance.<br><br>Source: https://www.thermal.com/<br><br>AttackPRO™ Series<br>NFPA Certified Version Now Available<br>CONTACT SALES |

Source: https://www.thermal.com/attackpro.html

Get General or Technical Support

Type Of request *

Your Email Address *

First name *

Last name *

Phone Number

Product Type*

Product*

Source: https://5844249.extforms.netsuite.com/app/site/crm/externalcasepage.nl/compid.5844249/.f?formid=2&h=AAFdikaIJxGkKTgiqyFXYeytm1pqV6OGtdKBeINApA_eB-OJ6cY&redirect_count=1&did_javascript_redirect=T

***Q: What are the support hours?***

***A:*** Standard support hours are 8AM-4PM PT, Monday through Friday. If no one is available to take your call, please leave a voicemail with your questions and your email address, and someone will respond a.s.a.p. via phone or email.

Source: https://support.thermal.com/hc/en-us/articles/115001278550-Compact-Series-Frequently-Asked-Questions

<table>
<tr>
<td></td>
<td>



Source: https://www.thermal.com/
</td>
</tr>
<tr>
<td>determining availability of a plurality of alternate target resources, each respective target</td>
<td>The Seek Thermal customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language).</td>
</tr>
</table>




| | |
|---|---|
| resource having at least one respective target characteristic; | Source: https://support.thermal.com/hc/en-us/articles/203715235-Support-Hours |

| | |
|---|---|
| | Source: https://www.thermal.com/<br><br>**Q: What are the support hours?**<br><br>**A:** Standard support hours are 8AM-4PM PT, Monday through Friday. If no one is available to take your call, please leave a voicemail with your questions and your email address, and someone will respond a.s.a.p. via phone or email.<br><br>Source: https://support.thermal.com/hc/en-us/articles/115001278550-Compact-Series-Frequently-Asked-Questions |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictivemultivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and | The Seek Thermal customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller. |

| | |
|---|---|
| the respective target characteristics of the plurality of alternate target resources; and | **Support Hours**<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>Source: https://support.thermal.com/hc/en-us/articles/203715235-Support-Hours<br><br>**Help and customer support**<br><br>We're here to help! If you need customer support for an issue not addressed here with your product, you may email your request directly to support@thermal.com. Your request will be answered within 3-5 business days.<br><br>Source: https://www.thermal.com/uploads/1/0/1/3/101388544/reveal_firepro_manual_-_jun19mn.pdf<br><br>**Warranty Claim - Initial Procedure.**<br>If you discover what you believe is a breach of the warranty for a Covered Product, please contact Seek's customer support at orders@thermal.com. Seek's customer support personnel are available to assist you in diagnosing problems you may encounter in the use of a Covered Product and to determine whether you are entitled to Seek repairing or replacing a Covered Product as part of our warranty coverage. Any Covered Product that you believe has caused Seek to breach the limited warranties herein are referred to as an "Affected Covered Product."<br><br>Source: https://www.thermal.com/warranty.html#:~:text=Contact%20Seek%20customer%20support%20at,for%20communications%20on%20this%20matter. |

| | |
|---|---|
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the Seek Thermal customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**Support Hours**<br>1 year ago · Updated<br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>Source: https://support.thermal.com/hc/en-us/articles/203715235-Support-Hours<br><br>**Request an RMA.** Contact Seek customer support at orders@thermal.com to request an RMA number and one will be sent to you via the email address you provide us for communications on this matter. Every return must have an associated RMA number.<br><br>Source: https://www.thermal.com/warranty.html#:~:text=Contact%20Seek%20customer%20support%20at,for%20communications%20on%20this%20matter. |

| | |
|---|---|
| | ***Q: What are the support hours?***<br><br>***A:*** Standard support hours are 8AM-4PM PT, Monday through Friday. If no one is available to take your call, please leave a voicemail with your questions and your email address, and someone will respond a.s.a.p. via phone or email.<br><br>Source: https://support.thermal.com/hc/en-us/articles/115001278550-Compact-Series-Frequently-Asked-Questions |