Exhibit 7

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Seek Thermal ("Defendant")**

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Seek Thermal customer service platform performs a method for assigning communications.<br><br>For example, the Seek Thermal customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br><br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](appsruntheworld.com)

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](Zendesk)

| receiving a | The   Seek   Thermal   customer   service   platform   receives   multiple   respective |

| | |
|---|---|
| plurality of respective communications for association with a respective resource selected from a plurality of resources; | communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the Seek Thermal customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br><br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](appsruntheworld.com)

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India]()

| identifying a | The Seek Thermal customer service platform identifies multiple resources that are |
| --- | --- |

| | |
|---|---|
| plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the Seek Thermal customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season). |

## Support Hours

1 year ago · Updated

Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.

European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.

If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.

Source: Support Hours – Seek Thermal Support

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)







Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)

Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India

| calculating a | The Seek Thermal customer service platform calculates a respective score associated |

| respective score associated with each available resource dependent on the availability state of a respective available resource; | with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Seek Thermal customer service platform determines an estimated wait time that the caller will remain in a queue or on-hold before the agent can take the call (e.g. to prioritize urgent communications).<br><br><br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](appsruntheworld.com)

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)

| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content | The Seek Thermal customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.

For example, for a given call, the Seek Thermal customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |
|---|---|

| dependent value function of an outcome of a respective communication associated with a respective available resource; and | |
| --- | --- |
| | Source: Support Hours – Seek Thermal Support |

**Support Hours**

1 year ago · Updated

Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.

European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.

If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: [Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras](#)



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](appsruntheworld.com)

| | |
|---|---|
| | <br>Source: [Zendesk: Customer Service Software and Sales CRM \| Best in 2023 \| Zendesk India](#) |
| assigning each of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each | The Seek Thermal customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by Customer satisfaction (CSAT) survey of Zendesk Omnichannel support, the Seek Thermal Customer Service system selects a call center agent to handle the call and connects that agent with the caller. |

| respective resource. | **Support Hours** |
| --- | --- |
| | 1 year ago · Updated |
| | Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well. |
| | European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests. |
| | If you have not received a response, and would like to follow up, please do so by responding to your original support ticket. |
| | Source: Support Hours – Seek Thermal Support |

35

**Support Hours**

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

**Keep costs low**

You do not need a developer army to start using Zendesk or an influx of agents to keep using it. Efficiency and automation are fixed features.

Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India

When you enable CSAT (customer satisfaction ratings), end users are prompted to rate the support they received by answering a brief survey indicating whether they were or were not satisfied.

CSAT surveys for Zendesk Support are sent via email one day after the ticket is set to solved. For Zendesk web, mobile, and social messaging, they are presented in the messaging interface immediately after the ticket is set to solved.

Source: Enabling and using CSAT – Zendesk help