Exhibit 9

Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Seek Thermal ("Defendant")

| Claim 10 | Evidence |
|---|---|
| 10. A communications method comprising: | The Seek Thermal Customer Service performs a method for communicating in a communication network.<br><br>For Example, Seek Thermal Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br>**Support Hours**<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.<br><br>If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.<br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras

| (a) receiving a plurality of communications, each having associated classification | The Seek Thermal Customer Service receives a plurality of communications, each having associated classification information.<br><br>For example, Seek Thermal Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are |
| --- | --- |

| information; | used to classify the call. |
|---|---|
| | ## Support Hours<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.<br><br>If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.<br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: [Online Support Form (netsuite.com)](netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras

| (b) storing information representing characteristics of at least three potential targets; and | The Seek Thermal Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Seek Thermal Customer Service stores information about the skill set possessed by agents who are potential targets of the call. Seek Thermal employs numerous agents, at least three of which possess the skill set required by the call. |
| --- | --- |

## Support Hours

1 year ago · Updated

Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.

European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.

If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.

Source: Support Hours – Seek Thermal Support

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: [Support Hours – Seek Thermal Support](#)



Source: [Online Support Form (netsuite.com)](#)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras

| | |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target | The Seek Thermal Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.

For example, Seek Thermal Customer Service analyses the caller selection to determine |

| | |
|---|---|
| for each communication based on the communication classification, and target characteristics. | one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Zendesk Omnichannel support (i.e., a combinatorial optimization).<br><br>**Support Hours**<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.<br><br>If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.<br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



## Seek Thermal selects Zendesk Service for Customer Support

In **2014**, Seek Thermal, a **United States** based **Manufacturing** organization with **80** employees and revenues of **$8.0M** selected Zendesk Service for **Customer Support** while displacing Legacy Applications, and integrating with the existing systems being used.

| Customer | Vendor | Old Product | New Product | Category | Market | Users | VAR/SI | When | Live |
|---|---|---|---|---|---|---|---|---|---|
| Seek Thermal | Zendesk | Legacy Applications | Zendesk Service | Customer Support | CRM | n/a | n/a | 2014 | 2014 |

Source: Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India