Exhibit 10

## Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Seek Thermal ("Defendant")

| Claim11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Seek Thermal Customer Support Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Seek Thermal Customer Support Service system matches an incoming call, which is the first entity, to a call center agent, which is the second entity.<br><br><br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](#)

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)

| storing a | The Seek Thermal Customer Support Service system with intelligent routing stores a |

| plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Seek Thermal Customer Support Service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call.  These required agent characteristics include one or more of: skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by Zendesk Omnichannel support comprising a plurality of multivalued scalar data, which is stored and used, by the Seek Thermal Customer Support Service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate call center agent.<br><br>**Support Hours**<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.<br><br>If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.<br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](appsruntheworld.com)

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India]

| storing a plurality of | The Seek Thermal Customer Support Service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, |
|---|---|

| | |
|---|---|
| multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the Seek Thermal Customer Support Service system stores the respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The agent characteristics are represented by Zendesk Omnichannel support comprising a plurality of multivalued scalar data and are used, by the Seek Thermal Customer Support Service system, as inferential targeting parameters for routing the call to an appropriate call center agent.<br><br><br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras

## Seek Thermal selects Zendesk Service for Customer Support

In 2014, Seek Thermal, a United States based Manufacturing organization with 80 employees and revenues of $8.0M selected Zendesk Service for Customer Support while displacing Legacy Applications, and integrating with the existing systems being used.

| Customer | Vendor | Old Product | New Product | Category | Market | Users | VAR/SI | When | Live |
|----------|--------|-------------|-------------|----------|--------|-------|--------|------|------|
| Seek Thermal | Zendesk | Legacy Applications | Zendesk Service | Customer Support | CRM | n/a | n/a | 2014 | 2014 |

Source: Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)



## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

|  |  |
|---|---|
|  | Source: Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective | The Seek Thermal Customer Support Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.

For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Seek Thermal Customer Support Service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. |

| | |
|---|---|
| mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | The agent associated with the prospective match that has the maximum benefit while considering the reduced costs, which is the so-called normalized economic surplus, is selected by the Seek Thermal Customer Support Service system to handle the call.<br><br>**Support Hours**<br><br>1 year ago · Updated<br><br>Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.<br><br>European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.<br><br>If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.<br><br>Source: Support Hours – Seek Thermal Support |

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



## Seek Thermal selects Zendesk Service for Customer Support

In 2014, Seek Thermal, a United States based Manufacturing organization with 80 employees and revenues of $8.0M selected Zendesk Service for Customer Support while displacing Legacy Applications, and integrating with the existing systems being used.

| Customer | Vendor | Old Product | New Product | Category | Market | Users | VAR/SI | When | Live |
|----------|--------|-------------|-------------|----------|--------|-------|--------|------|------|
| Seek Thermal | Zendesk | Legacy Applications | Zendesk Service | Customer Support | CRM | n/a | n/a | 2014 | 2014 |

Source: Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

25

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)

| outputting a signal in dependence on the optimization. | The Seek Thermal Customer Service system with intelligent routing outputs a signal in dependence on the optimization.<br><br>For example, the Seek Thermal Customer Service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched agent, so as to connect that agent to the call. |
|---|---|

## Support Hours

1 year ago · Updated

Seek Support agents are typically available from 8AM-4PM PT, Monday through Friday (excluding holidays) to answer English language support requests, but from time to time will get you a response during off hours as well.

European customers are encouraged to contact our EU distributor for support issues, or for any return/warranty requests.

If you have not received a response, and would like to follow up, please do so by responding to your original support ticket.

Source: Support Hours – Seek Thermal Support

## Support Hours

1 year ago · Updated

Seek Support is available during the hours of 0800-1600 (Pacific Time Zone) Monday - Thursday, and 0800-1500 on Fridays, Toll Free in the USA at 844-SEE-HEAT (844-733-4328).

Additionally, you can contact Seek Support by submitting a Support Ticket here: Submit a Request

Once you complete a ticket with your service request, we will review your information and respond to your message within one (1) business day.

Source: Support Hours – Seek Thermal Support



Source: Online Support Form (netsuite.com)





Source: Seek Thermal | Affordable Infrared Thermal Imaging Cameras - Affordable Infrared Thermal Cameras



Source: [Seek Thermal selects Zendesk Service for Customer Support (appsruntheworld.com)](#)

## Meet Zendesk AI

AI is here to stay, but only Zendesk makes it easy to start. Better support, workflows and routing—right out of the box.

"We love Zendesk because their API allows us to explore ways to get customer data in front of agents in ways that create a smoother, more personalised experience."

Source: [Zendesk: Customer Service Software and Sales CRM | Best in 2023 | Zendesk India](#)