# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SEEK THERMAL, INC.,**<br><br>Defendant. | C.A. NO. 23-00498-MN<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff PATENT ARMORY INC. ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant SEEK THERMAL, INC. ("Defendant") to respond to Plaintiff's Amended Complaint for Patent Infringement until and including October 11, 2023. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension. This is the second request for an extension of this nature.

Date: September 8, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.

1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Patent Armory Inc.***

 

**SO ORDERED**, this _____ day of September 2023.

_____
**The Honorable Maryellen Noreika**
**United States District Court Judge**